# UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

In re: Patricia A. Chaney                             Case No. 15-23680

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY</u>          Court Claim # (if known) 5
Name of Secured Creditor

Old Address of Secured Creditor:
3900 Capital City Blvd.
Lansing, MI 48906

New Name and/or Address where NOTICES to Secured Creditor should be sent:

CHAMPION
8950 Cypress Waters Blvd.
Coppell, TX 75019

Phone: <u>855-683-3095</u>

Name and/or Address where PAYMENTS to Secured Creditor should be sent (if different from above):

Champion Mortgage Company
P.O. BOX 619093
Dallas, TX 75261

Phone: <u>855-683-3095</u>

By: <u>/s/ Bouavone Amphone</u>                    Date: <u>11/10/2017</u>
    Agent for Secured Creditor

17-089925 - KyS

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 10, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DANIEL R. WHITE
ZEBLEY MEHALOV & WHITE, P.C.
18 MILL STREET SQUARE
P.O. BOX 2123
UNIONTOWN, PA 15401

PATRICIA A. CHANEY
979 WALNUT HILLL ROAD
UNIONTOWN, PA 15401

RONDA J. WINNECOUR
600 GRANT STREET
SUITE 3250, USX TOWER
PITTSBURGH, PA 15219

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/ Bouavone Amphone
Bouavone Amphone, Esq.
Email: bkyecf@rasflaw.com

17-089925 - KyS