**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/19/2020

IN RE:

PATRICIA A. CHANEY
979 WALNUT HILLL ROAD
UNIONTOWN, PA  15401
XXX-XX-0197         Debtor(s)

Case No.15-23680 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/19/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **NATIONSTAR MORTGAGE LLC D/B/A CHAMPION**<br>C/O CHAMPION MORTGAGE CO<br>PO BOX 619093<br>DALLAS, TX 75261 | Trustee Claim Number: 1   INT %: 2.95%<br>Court Claim Number: 5<br>CLAIM: 68,310.12<br>COMMENT: CL$GOVS@MDF/PL*ADDR/NTC*REVERSE MRTG*DK | | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 4145 |
| **FAYETTE COUNTY TAX CLAIM BUR**<br>COURT HOUSE<br>61 E MAIN ST<br>UNIONTOWN, PA 15401 | Trustee Claim Number: 2   INT %: 9.00%<br>Court Claim Number:<br>CLAIM: 1,171.58<br>COMMENT: 14-05-0002:15*$@9%/PL*NT DUE/CR~NTC-RSV | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number: 3   INT %: 6.00%<br>Court Claim Number: 3<br>CLAIM: 18,797.32<br>COMMENT: CL$GOVS@6%MDF/PL@PMT/PRIOR CONF*FR GATEWAY ONE-DOC 38 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5763 |
| **US DEPARTMENT OF HUD(*)**<br>PO BOX 6200-02<br>PORTLAND, OR 97228 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PIF TO NATIONSTAR/SCH-PL*2ND~NT ADR/SCH*RECORD BOOK 3100 PAGE 1337 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: |
| **SPRINGLEAF FUNDING TRUST 2013-B****<br>SPRINGLEAF FINANCIAL(*)<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 5   INT %: 6.00%<br>Court Claim Number: 1-2<br>CLAIM: 700.00<br>COMMENT: CL$GOVS@MDF/PL*AMD*W/15 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7940 |
| **CAPITAL ONE BANK NA****<br>C/O AMERICAN INFOSOURCE LP - AGENT<br>POB 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 319.65<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2230 |
| **FIDELITY NATIONAL COLLECTION++**<br>DIVISION OF FIDELITY PROPERTY<br>220 E MAIN ST<br>ALLIANCE, OH 44601 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **FIRST EXPRESS++**<br>POB 856021<br>LOUISVILLE, KY 40285 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~BALANCE DUE VEHICLE BURNED/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: NO 3328 OF 2009 GD |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 179.31<br>COMMENT: LANE BRYANT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4519 |

| Creditor | Trustee Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br><br>UNIONTOWN, PA  15401 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  VARIOUS/SCH |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br><br>WELDON SPRING, MO  63304 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO  63304 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **WEST VIRGINIA UNIVERSITY HOSPITAL**<br>ATTN: PATIENT ACCOUNTING<br>PO BOX 776<br>MORGANTOWN, WV  26507 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  NO 1180 OF 2003 DSB |
| **SPRINGLEAF FUNDING TRUST 2013-B\*\***<br>SPRINGLEAF FINANCIAL(\*)<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:1-2<br>CLAIM:  1,720.62<br>COMMENT:  NO GEN UNS/SCH\*AMD\*W/5 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7940 |
| **NATIONSTAR MORTGAGE LLC D/B/A CHAMPION**<br>C/O CHAMPION MORTGAGE CO<br>PO BOX 619093<br>DALLAS, TX  75261 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  1,484.74<br>COMMENT:  NT PROV/PL\*NTC POSTPET FEE/EXP\*REF CL\*ADDR/NTC\*W/1 | | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  4145 |

CLAIM RECORDS
Case 15-23680-CMB    Doc 43    Filed 08/19/20    Entered 08/19/20 12:11:15    Desc
Page 4 of 4