**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Patricia A. Chaney**
Debtor(s)

Bankruptcy Case No.: 15−23680−CMB

Chapter: 13
Docket No.: 48 − 47

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 21st of December, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/4/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/17/21 at 02:30 PM at https://www.zoomgov.com/j/** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/4/21.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Patricia A. Chaney  
    Debtor(s)

Case No. 15-23680-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 3  
Date Rcvd: Dec 21, 2020      Form ID: 408v      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Chaney, 979 Walnut Hilll Road, Uniontown, PA 15401-5059 |
| 14118471 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company, National Bankruptcy Service Center, P.O. Box 6275, Dearborn, MI 48121 |
| 14118468 | + | Fayette County Tax Claim Bureau, c/o Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 14118467 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14118470 | + | First Express, P. O. Box 856021, Louisville, KY 40285-6021 |
| 14118473 | + | KML Law Group, 701 Market Street--Suite 5000, Philadelphia, PA 19106-1541 |
| 14131089 | + | Maurice & Needleman, Suite 935One Penn Center, 1617 John F. Kennedy Boulevard, Philadelphia, PA 19103-1821 |
| 14195920 | + | Nationstar Mortgage LLC d/b/a Champion Mortgage Co, Champion Mortgage Company, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14118475 | | Nationstar Mortgage, LLC, d/b/a Champion Mortgage Company, Reverse Mortgage Servicing Department, P.O. Box 40724, Lansing, MI 48901-7924 |
| 14131090 | | Nationstar Mtg, LLC d/b/a Champion Mtg., Reverse Mortgage Servicing Department, P.O. Box 40724, Lansing, MI 48901-7924 |
| 15214385 | | SantanderConsumerUSA Inc, as servicing agent, forGateway,OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 14118478 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14118465 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:41:59 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14141356 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:49:22 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14118472 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Dec 22 2020 05:13:00 | Gateway One Lending & Finance, LLC, 175 N. Riverview Dr., Anaheim, CA 92808 |
| 14118474 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2020 05:14:00 | Lane Bryant/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14149510 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2020 05:15:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14133288 | | Email/PDF: cbp@onemainfinancial.com | Dec 22 2020 04:48:55 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14118477 | | Email/PDF: cbp@onemainfinancial.com | Dec 22 2020 04:48:47 | Springleaf Financial Services, 219 Walmart Drive--Suite C, Uniontown, PA 15401-8423 |
| 14131092 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 22 2020 04:32:33 | Secretary Housing & Urban Development, 451 Seventh Street, S.W., Washington, DC 20410-0002 |
| 14118479 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2020 05:13:00 | Verizon, Attn: Bankruptcy, 500 Technology Drive, |

|  |  |  |  |
|---|---|---|---|
| 14118480 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Weldon Spring, MO 63304-2225 |
| | | Dec 22 2020 05:13:00 | Verizon Wireless Bankruptcy Admin., P.O. Box 3397, Bloomington, IL 61702-3397 |
| 14118481 | Email/Text: hbbankruptcynotices@wvumedicine.org | Dec 22 2020 05:13:00 | West Virginia University Hospitals, Patient Accounting Office, P.O. Box 1127, Morgantown, WV 26507-1127 |

TOTAL: 11

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Champion Mortgage Company |
| cr | | SantanderConsumerUSA Inc as servicing agent forGat |
| 14195919 | | Nationstar Mortgage LLC d/b/a Champion Mortgage Co |
| cr | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, 175 N. Riverview Dr., Anaheim, CA 92808 |
| cr | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, LLC, 175 N. Riverview Dr., Anaheim, CA 92808 |
| 14131087 | *+ | Fidelity National Collections, 220 East Main Street, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14131088 | *+ | First Express, P.O. Box 856021, Louisville, KY 40285-6021 |
| 14145094 | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808 |
| 14131093 | *+ | Verizon, Attn: Bankruptcy, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14131094 | * | Verizon Wireless Bankruptcy Admin., P.O. Box 3397, Bloomington, IL 61702-3397 |
| 14131091 | *+ | Wayne H. Port, Esq., George, Port & George, Suite One, 92 East Main Street, Uniontown, PA 15401-3577 |
| 14131095 | * | West Virginia University Hospitals, Patient Accounting Office, P.O. Box 1127, Morgantown, WV 26507-1127 |
| 14118466 | ## | Central Credit/Penn Credit Corporation, 916 14th Place, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14118469 | ##+ | Fidelity National Collections, 220 East Main Street, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14118476 | ##+ | Wayne H. Port, Esq., George, Port & George, Suite One, 92 East Main Street, Uniontown, PA 15401-3577 |

TOTAL: 3 Undeliverable, 9 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Champion Mortgage Company andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Champion Mortgage Company bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Patricia A. Chaney zmwchapter13@gmail.com |

| District/off: 0315-2 | User: dsaw | Page 3 of 3 |
| Date Rcvd: Dec 21, 2020 | Form ID: 408v | Total Noticed: 23 |

                gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

William E. Craig
                on behalf of Creditor Gateway One Lending & Finance ecfmail@mortoncraig.com
                mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6