**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PATRICIA A. CHANEY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-23680<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 21, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/07/2015 and confirmed on 12/21/15. The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 110,182.00 |
| Less Refunds to Debtor | 3,466.25 | |
| TOTAL AMOUNT OF PLAN FUND | | 106,715.75 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 4,971.94 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,971.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US DEPARTMENT OF HUD(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   SANTANDER CONSUMER USA** | 18,797.32 | 18,797.32 | 3,220.54 | 22,017.86 |
|     Acct: 5763 | | | | |
|   SPRINGLEAF FUNDING TRUST 2013-B** | 700.00 | 700.00 | 48.90 | 748.90 |
|     Acct: 7940 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A CHA | 68,310.12 | 68,310.12 | 5,696.66 | 74,006.78 |
|     Acct: 4145 | | | | |
| | | | | 96,773.54 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICIA A. CHANEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICIA A. CHANEY | 2,089.00 | 2,089.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICIA A. CHANEY | 1,377.25 | 1,377.25 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A CHA | 1,484.74 | 1,484.74 | 0.00 | 1,484.74 |
|     Acct: 4145 | | | | |
| | | | | 1,484.74 |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK NA** | 319.65 | 69.92 | 0.00 | 69.92 |
|     Acct: 2230 | | | | |
|   FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   FIRST EXPRESS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |

15-23680                                                                                                                              Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: XXXXXXXXXXXXXX9 GD | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 179.31 | 39.22 | 0.00 | 39.22 |
|     Acct: 4519 | | | | |
|   UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXX/SCH | | | | |
|   VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   WEST VIRGINIA UNIVERSITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXX DSB | | | | |
|   SPRINGLEAF FUNDING TRUST 2013-B** | 1,720.62 | 376.39 | 0.00 | 376.39 |
|     Acct: 7940 | | | | |
| | | | | 485.53 |

TOTAL PAID TO CREDITORS                                                                                                   98,743.81

TOTAL CLAIMED
PRIORITY         1,484.74
SECURED         87,807.44
UNSECURED        2,219.58

Date: 12/21/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    PATRICIA A. CHANEY

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23680

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 15-23680-CMB

Patricia A. Chaney     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 3
Date Rcvd: Dec 21, 2020     Form ID: pdf900     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Chaney, 979 Walnut Hilll Road, Uniontown, PA 15401-5059 |
| 14118471 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company, National Bankruptcy Service Center, P.O. Box 6275, Dearborn, MI 48121 |
| 14118468 | + | Fayette County Tax Claim Bureau, c/o Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 14118467 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14118470 | + | First Express, P. O. Box 856021, Louisville, KY 40285-6021 |
| 14118473 | + | KML Law Group, 701 Market Street--Suite 5000, Philadelphia, PA 19106-1541 |
| 14131089 | + | Maurice & Needleman, Suite 935One Penn Center, 1617 John F. Kennedy Boulevard, Philadelphia, PA 19103-1821 |
| 14195920 | + | Nationstar Mortgage LLC d/b/a Champion Mortgage Co, Champion Mortgage Company, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14118475 | | Nationstar Mortgage, LLC, d/b/a Champion Mortgage Company, Reverse Mortgage Servicing Department, P.O. Box 40724, Lansing, MI 48901-7924 |
| 14131090 | | Nationstar Mtg, LLC d/b/a Champion Mtg., Reverse Mortgage Servicing Department, P.O. Box 40724, Lansing, MI 48901-7924 |
| 15214385 | | SantanderConsumerUSA Inc, as servicing agent, forGateway,OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 14118478 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14118465 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:41:59 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14141356 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:41:59 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14118472 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Dec 22 2020 05:13:00 | Gateway One Lending & Finance, LLC, 175 N. Riverview Dr., Anaheim, CA 92808 |
| 14118474 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2020 05:14:00 | Lane Bryant/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14149510 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2020 05:15:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14133288 | | Email/PDF: cbp@onemainfinancial.com | Dec 22 2020 04:48:55 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14118477 | | Email/PDF: cbp@onemainfinancial.com | Dec 22 2020 04:48:54 | Springleaf Financial Services, 219 Walmart Drive--Suite C, Uniontown, PA 15401-8423 |
| 14131092 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 22 2020 04:32:33 | Secretary Housing & Urban Development, 451 Seventh Street, S.W., Washington, DC 20410-0002 |
| 14118479 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2020 05:13:00 | Verizon, Attn: Bankruptcy, 500 Technology Drive, |

| | | | Weldon Spring, MO 63304-2225 |
|---|---|---|---|
| 14118480 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2020 05:13:00 | Verizon Wireless Bankruptcy Admin., P.O. Box 3397, Bloomington, IL 61702-3397 |
| 14118481 | Email/Text: hbbankruptcynotices@wvumedicine.org | Dec 22 2020 05:13:00 | West Virginia University Hospitals, Patient Accounting Office, P.O. Box 1127, Morgantown, WV 26507-1127 |

TOTAL: 11

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Champion Mortgage Company |
| cr | | SantanderConsumerUSA Inc as servicing agent forGat |
| 14195919 | | Nationstar Mortgage LLC d/b/a Champion Mortgage Co |
| cr | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, 175 N. Riverview Dr., Anaheim, CA 92808 |
| cr | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, LLC, 175 N. Riverview Dr., Anaheim, CA 92808 |
| 14131087 | *+ | Fidelity National Collections, 220 East Main Street, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14131088 | *+ | First Express, P.O. Box 856021, Louisville, KY 40285-6021 |
| 14145094 | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808 |
| 14131093 | *+ | Verizon, Attn: Bankruptcy, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14131094 | * | Verizon Wireless Bankruptcy Admin., P.O. Box 3397, Bloomington, IL 61702-3397 |
| 14131091 | *+ | Wayne H. Port, Esq., George, Port & George, Suite One, 92 East Main Street, Uniontown, PA 15401-3577 |
| 14131095 | * | West Virginia University Hospitals, Patient Accounting Office, P.O. Box 1127, Morgantown, WV 26507-1127 |
| 14118466 | ## | Central Credit/Penn Credit Corporation, 916 14th Place, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14118469 | ##+ | Fidelity National Collections, 220 East Main Street, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14118476 | ##+ | Wayne H. Port, Esq., George, Port & George, Suite One, 92 East Main Street, Uniontown, PA 15401-3577 |

TOTAL: 3 Undeliverable, 9 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Champion Mortgage Company andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Champion Mortgage Company bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Patricia A. Chaney zmwchapter13@gmail.com |

District/off: 0315-2 | User: dsaw | Page 3 of 3
Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 23

    gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Gateway One Lending & Finance ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6