**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　PATRICIA A. CHANEY<br>　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　　No Repondents. | Case No.:15-23680<br><br>Chapter 13<br><br>Document No.:　47<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

　　AND NOW, this ____5th____ day of ____February____, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
2/5/21 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE                    dmk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Patricia A. Chaney  
    Debtor

Case No. 15-23680-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 3  
Date Rcvd: Feb 05, 2021      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Chaney, 979 Walnut Hilll Road, Uniontown, PA 15401-5059 |
| 14118471 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company, National Bankruptcy Service Center, P.O. Box 6275, Dearborn, MI 48121 |
| 14118468 | + | Fayette County Tax Claim Bureau, c/o Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 14118467 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14118470 | + | First Express, P. O. Box 856021, Louisville, KY 40285-6021 |
| 14118473 | + | KML Law Group, 701 Market Street--Suite 5000, Philadelphia, PA 19106-1541 |
| 14131089 | + | Maurice & Needleman, Suite 935One Penn Center, 1617 John F. Kennedy Boulevard, Philadelphia, PA 19103-1821 |
| 14195920 | + | Nationstar Mortgage LLC d/b/a Champion Mortgage Co, Champion Mortgage Company, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14118475 | | Nationstar Mortgage, LLC, d/b/a Champion Mortgage Company, Reverse Mortgage Servicing Department, P.O. Box 40724, Lansing, MI 48901-7924 |
| 14131090 | | Nationstar Mtg, LLC d/b/a Champion Mtg., Reverse Mortgage Servicing Department, P.O. Box 40724, Lansing, MI 48901-7924 |
| 15214385 | | SantanderConsumerUSA Inc, as servicing agent, forGateway,OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 14118478 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14118465 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 06 2021 04:35:12 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14141356 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 06 2021 04:56:38 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14118472 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Feb 06 2021 05:17:00 | Gateway One Lending & Finance, LLC, 175 N. Riverview Dr., Anaheim, CA 92808 |
| 14118474 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2021 05:18:00 | Lane Bryant/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14149510 | | Email/Text: bnc-quantum@quantum3group.com | Feb 06 2021 05:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14133288 | | Email/PDF: cbp@onemainfinancial.com | Feb 06 2021 04:45:06 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14118477 | | Email/PDF: cbp@onemainfinancial.com | Feb 06 2021 04:45:06 | Springleaf Financial Services, 219 Walmart Drive--Suite C, Uniontown, PA 15401-8423 |
| 14131092 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 06 2021 04:56:34 | Secretary Housing & Urban Development, 451 Seventh Street, S.W., Washington, DC 20410-0002 |
| 14118479 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 06 2021 05:17:00 | Verizon, Attn: Bankruptcy, 500 Technology Drive, |

| District/off: 0315-2 | User: dpas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: pdf900 | Total Noticed: 23 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Weldon Spring, MO 63304-2225 |
| 14118480 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|  |  | Feb 06 2021 05:17:00 | Verizon Wireless Bankruptcy Admin., P.O. Box 3397, Bloomington, IL 61702-3397 |
| 14118481 | Email/Text: hbbankruptcynotices@wvumedicine.org | | |
|  |  | Feb 06 2021 05:17:00 | West Virginia University Hospitals, Patient Accounting Office, P.O. Box 1127, Morgantown, WV 26507-1127 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Champion Mortgage Company |
| cr | | SantanderConsumerUSA Inc as servicing agent forGat |
| 14195919 | | Nationstar Mortgage LLC d/b/a Champion Mortgage Co |
| cr | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, 175 N. Riverview Dr., Anaheim, CA 92808 |
| cr | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, LLC, 175 N. Riverview Dr., Anaheim, CA 92808 |
| 14131087 | *+ | Fidelity National Collections, 220 East Main Street, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14131088 | *+ | First Express, P.O. Box 856021, Louisville, KY 40285-6021 |
| 14145094 | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808 |
| 14131093 | *+ | Verizon, Attn: Bankruptcy, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14131094 | * | Verizon Wireless Bankruptcy Admin., P.O. Box 3397, Bloomington, IL 61702-3397 |
| 14131091 | *+ | Wayne H. Port, Esq., George, Port & George, Suite One, 92 East Main Street, Uniontown, PA 15401-3577 |
| 14131095 | * | West Virginia University Hospitals, Patient Accounting Office, P.O. Box 1127, Morgantown, WV 26507-1127 |
| 14118466 | ## | Central Credit/Penn Credit Corporation, 916 14th Place, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14118469 | ##+ | Fidelity National Collections, 220 East Main Street, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14118476 | ##+ | Wayne H. Port, Esq., George, Port & George, Suite One, 92 East Main Street, Uniontown, PA 15401-3577 |

TOTAL: 3 Undeliverable, 9 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Champion Mortgage Company andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Champion Mortgage Company bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Patricia A. Chaney |

Case 15-23680-CMB    Doc 54    Filed 02/07/21    Entered 02/08/21 00:34:19    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: dpas | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: pdf900 | Total Noticed: 23 |

sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

William E. Craig
on behalf of Creditor Gateway One Lending & Finance ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6